AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT K. HEBERT,<br>   Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>   Defendant. | )  **JUDGMENT**<br>)  **CASE NO. 4:12-CV-141-D**<br>)<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 28]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 17, 2013,** WITH A COPY TO:

Janet M. Lyles (via CM/ECF electronic notification)
Jamie D.C. Dixon (via CM/ECF electronic notification)

| | |
|---|---|
| July 17, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |