IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-141-D

| | |
|---|---|
| ROBERT KENNETH HEBERT, | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING ATTORNEY |
| | ) FEES UNDER THE EQUAL |
| v. | ) ACCESS TO JUSTICE ACT |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff the sum of $4,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Janet M. Lyles, and mailed to her office at P.O. Box 3605, Morehead city, North Carolina 28557, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 15 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge